Bradley W. Madsen (13289)
**SCALLEY READING BATES**
**HANSEN & RASMUSSEN, P.C.**
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Phone: (801) 531-7870
Fax: (801) 326-4669
bmadsen@scalleyreading.net

Rachel B. Ommerman (admitted *pro hac vice*)
**BERMAN & RABIN, P.A.**
15280 Metcalf
Overland Park, Kansas 66223
Phone: (913) 777-7121
Fax: (913) 652-9474
rommerman@bermanrabin.com

*Attorneys for ACQ Holdings, LLC d/b/a*
*Easy Cash ASAP and Easy Cash ASAP, LLC*

Michael Watton
Utah Bar No. 15806
WATTON LAW GROUP
405 South Main Street
Suite 875
Salt Lake City, UT 84111
Tel.:(801) 363-01301
Email: mwatton@wattongroup.com

Jordan Lewis (admitted *pro hac vice*)
JORDAN LEWIS, P.A.
447 N.E. 11^(TH) Avenue
Fort Lauderdale, FL 33334
Tel.: (954) 616-8995
Email: jordan@jml-lawfirm.com

*Attorneys for Plaintiff*

1

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| KEVIN M. TRAVER, individually and on behalf of similarly situated individuals;<br><br>Plaintiff,<br><br>vs.<br><br>ACQ HOLDINGS, LLC, d/b/a EASY CASH ASAP and EASY CASH ASAP, LLC, both Kansas limited liability companies;<br><br>Defendants. | Case No: 2:20-cv-00608-DB<br><br>**JOINT STIPULATION OF DISMSSAL OF ALL CLAIMS WITH PREJUDICE** |

NOW COMES Plaintiff Kevin M. Traver and the Defendants, ACQ Holdings, LLC d/b/a Easy Cash ASAP and Easy Cash ASAP, LLC, through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal of all claims with prejudice:

1. Plaintiff dismisses all claims asserted against Defendants, with prejudice.

2. Although Plaintiff's lawsuit was filed as a putative class action, no motion to certify a class has been filed and no class has been certified.

3. Defendants dismiss all claims asserted against Plaintiff, with prejudice.

4. Each party is to bear its own costs and fees.

2

DATED this 14th day of December, 2020:

| **BERMAN & RABIN, P.A.**<br><br>/s/ Rachel B. Ommerman<br>Rachel B. Ommerman (*pro hac vice*)<br>*Attorneys for ACQ Holdings, LLC d/b/a Easy Cash ASAP and Easy Cash ASAP, LLC* | **SCALLEY READING BATES HANSEN & RASMUSSEN, P.C**<br><br>/s/ Bradley W. Madsen<br>Bradley W. Madsen<br>*Attorneys for ACQ Holdings, LLC d/b/a Easy Cash ASAP and Easy Cash ASAP, LLC* |
|---|---|
| By: */s/Jordan Lewis*<br>Jordan Lewis (admitted *pro hac vice*)<br>**JORDAN LEWIS, P.A.**<br>4473 N.E. 11TH Avenue<br>Fort Lauderdale, FL 33334<br>Tel.: (954) 616-8995<br>Email: jordan@jml-lawfirm.com | */s/ Michael Watton*<br>Michael Watton<br>Utah Bar No. 1580<br>**WATTON LAW GROUP**<br>405 South Main Street<br>Suite 875<br>Salt Lake City, UT 84111<br>Tel.:(801) 363-01301<br>Email: mwatton@wattongroup.com |